Joel E. Tasca, Esq.
Nevada Bar No. 14124
Emil S. Kim, Esq.
Nevada Bar No. 14894
BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
Telephone: (702) 471-7000
Facsimile: (702) 471-7070
tascaa@ballardspahr.com
kime@ballardspahr.com

*Attorneys for Defendant*
*Discover Bank*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| DONNA M. FLOWERS;<br><br>        Plaintiff,<br><br>v.<br><br>DISCOVER BANK;<br><br>        Defendant. | CASE NO. 2:20-cv-02152-RFB-VCF<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT DISCOVER BANK TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**(First Request)** |

Plaintiff Donna M. Flowers ("Plaintiff") and Defendant Discover Bank ("Discover")[1] stipulate and agree that Discover has up to and including January 25, 2021 to respond to Plaintiff's Complaint (ECF No. 1), to provide additional time to investigate Plaintiff's allegations and for Discover to prepare a response.

[continued on next page]

---

[1] By filing this Stipulation, Discover is not waiving any defense, affirmative or otherwise, it may have in this matter.

1   This is the first request for an extension, and is made in good faith and not for
2   purposes of delay.
3   Dated this 28th day of December, 2020.

4   BALLARD SPAHR LLP                                    MITCHELL D. GLINER, ESQ.

6   By: /s/ Emil S. Kim                                  By: /s/ Mitchell D. Gliner
    Joel E. Tasca, Esq.                                  Mitchell D. Gliner, Esq.
7   Nevada Bar No. 14124                                 Nevada Bar No. 3419
    Emil S. Kim, Esq.                                    3017 W. Charleston Boulevard, #95
8   Nevada Bar No. 14894                                 Las Vegas, Nevada 89102
    1980 Festival Plaza Drive, Suite 900
9   Las Vegas, Nevada 89135                              *Attorneys for Plaintiff Donna M. Flowers*

10  *Attorneys for Defendant*
    *Discover Bank*

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED:  12-28-2020

2

DMWEST #40824034 v1