Joel E. Tasca, Esq.
Nevada Bar No. 14124
Emil S. Kim, Esq.
Nevada Bar No. 14894
BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
Telephone: (702) 471-7000
Facsimile: (702) 471-7070
tascaa@ballardspahr.com
kime@ballardspahr.com

*Attorneys for Defendant Discover Bank*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| DONNA M. FLOWERS;<br><br>Plaintiff,<br><br>v.<br><br>DISCOVER BANK;<br><br>Defendant. | CASE NO. 2:20-cv-02152-RFB-VCF<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT DISCOVER BANK TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>(Third Request) |

Plaintiff Donna M. Flowers ("Plaintiff") and Defendant Discover Bank ("Discover")[1] stipulate and agree that Discover has up to and including March 1, 2021 to respond to Plaintiff's Complaint (ECF No. 1), to provide additional time to investigate Plaintiff's allegations and for Discover to prepare a response.

[continued on next page]

---

[1] By filing this Stipulation, Discover is not waiving any defense, affirmative or otherwise, it may have in this matter.

DMWEST #40975791 v1

1  This is the third request for an extension, and is made in good faith and not for
2  purposes of delay.
3  Dated this 12th day of February, 2021.

| BALLARD SPAHR LLP | MITCHELL D. GLINER, ESQ. |
|---|---|
| By: /s/ Joel E. Tasca<br>Joel E. Tasca, Esq.<br>Nevada Bar No. 14124<br>Emil S. Kim, Esq.<br>Nevada Bar No. 14894<br>1980 Festival Plaza Drive, Suite 900<br>Las Vegas, Nevada 89135<br><br>*Attorneys for Defendant*<br>*Discover Bank* | By: /s/ Mitchell D. Gliner<br>Mitchell D. Gliner, Esq.<br>Nevada Bar No. 3419<br>3017 W. Charleston Boulevard, #95<br>Las Vegas, Nevada 89102<br><br>*Attorneys for Plaintiff Donna M. Flowers* |

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 2-17-2021

DMWEST #40975791 v1