Joel E. Tasca, Esq.
Nevada Bar No. 14124
BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
Telephone: (702) 471-7000
Facsimile: (702) 471-7070
tascaa@ballardspahr.com

*Attorney for Defendant Discover Bank*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| DONNA M. FLOWERS;<br><br>Plaintiff,<br><br>v.<br><br>DISCOVER BANK;<br><br>Defendant. | CASE NO. 2:20-cv-02152-RFB-VCF<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT DISCOVER BANK TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**(Sixth Request)** |

Plaintiff Donna M. Flowers ("Plaintiff") and Defendant Discover Bank ("Discover")[1] stipulate and agree that Discover has up to and including July 9, 2021 to respond to Plaintiff's Complaint (ECF No. 1), to provide additional time to investigate Plaintiff's allegations and for Discover to prepare a response.

[continued on next page]

---

[1] By filing this Stipulation, Discover is not waiving any defense, affirmative or otherwise, it may have in this matter.

DMWEST #41652060 v1

This is the sixth request for an extension and is made in good faith and not for purposes of delay.

Dated this 25th of June, 2021.

| BALLARD SPAHR LLP | MITCHELL D. GLINER, ESQ. |
|---|---|
| By: /s/ Joel E. Tasca<br>Joel E. Tasca, Esq.<br>Nevada Bar No. 14124<br>1980 Festival Plaza Drive, Suite 900<br>Las Vegas, Nevada 89135<br><br>*Attorney for Defendant*<br>*Discover Bank* | By: /s/ Mitchell D. Gliner<br>Mitchell D. Gliner, Esq.<br>Nevada Bar No. 3419<br>3017 W. Charleston Boulevard, #95<br>Las Vegas, Nevada 89102<br><br>*Attorney for Plaintiff Donna M. Flowers* |

**ORDER**

IT IS SO ORDERED:

UNITED STATES MAGISTRATE JUDGE

DATED: 6-25-2021