Mitchell D. Gliner, Esq.
Nevada Bar 3419
3017 West Charleston Blvd., #95
Las Vegas, NV  89102
(702) 870-8700
(702) 870-0034 Fax
mgliner@glinerlaw.com
Attorney for Plaintiff

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

DONNA M. FLOWERS )
  )
   Plaintiff, )
  )       No. 2:20-cv-02152-RFB-VCF
vs. )
  )
DISCOVER BANK )
  )
   Defendant. )
_____)

**STIPULATION TO EXTEND THE DISCOVERY AND**
**CASE MANAGEMENT DEADLINES BY 60 DAYS**
**[SECOND REQUEST]**

This stipulation is filed pursuant to LR IA 6-1 and LR IA 6-2. It *has* been filed pursuant to local rule 26-3 with regard to the discovery deadline. Local rule 26-3 requires any request to extend a discovery or case management deadline be received no later than twenty-one (21) days prior to the expiration of the subject deadline. The parties are not requesting extensions to the case management deadlines pertaining to amendment of pleadings and designations of experts. On April 27, 2021 this Honorable Court adopted the parties' initial Stipulated Discovery Plan and Scheduling Order which provided for a discovery deadline of October 12, 2021 [#21]. On August 13, 2021 this Honorable Court approved the parties Stipulation extending the discovery deadline through January 12, 2022 [#32].

The parties are discussing settlement and there is a possibility this action can be concluded without first engaging in costly time consuming Depositions. Plaintiff has served both initial written discovery and initial disclosures.

Accordingly, the parties request adoption of the following deadlines:

1. Last date to complete discovery: March 14, 2022
2. Last date to file dispositive Motions: April 12, 2022
3. Last date to file Joint Pretrial Order: May 12, 2022 or thirty (30) days after decision deciding dispositive motion.

DATED: November 8, 2021

| | |
|---|---|
| MITCHELL D. GLINER, ESQ. | BALLARD SPAHR LLP |
| /s/ Mitchell Gliner | /s/ Joel Tasca |
| MITCHELL D. GLINER, ESQ. | JOEL E. TASCA, ESQ. |
| Nevada Bar No. 3419 | Nevada Bar No. 14124 |
| 3017 W. Charleston Blvd. # 95 | BALLARD SPAHR LLP |
| Las Vegas, Nevada 89102 | 1980 Festival Plaza Drive., #900 |
| Attorney for Plaintiff | Las Vegas, Nevada 89135 |
| | Attorneys for Defendant |

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE
DATED: November 10, 2021