Joel E. Tasca, Esq.
Nevada Bar No. 14124
BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
Telephone: (702) 471-7000
Facsimile: (702) 471-7070
tascaa@ballardspahr.com

*Attorney for Defendant*
*Discover Bank*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| DONNA M. FLOWERS<br><br>                     Plaintiff,<br><br>v.<br><br>DISCOVER BANK<br><br>                     Defendant. | CASE NO. 2:20-cv-02152-RFB-VCF<br><br>**STIPULATION TO EXTEND THE DISCOVERY AND CASE MANAGEMENT DEADLINES BY 45 DAYS**<br><br>**(Third Request)** |

This stipulation is filed pursuant to LR IA 6-1, LR IA 6-2, and Local Rule 26-3. Local Rule 26-3 requires any request to extend a discovery or case management deadline be received no later than twenty-one (21) days prior to the expiration of the subject deadline. The parties are not requesting extensions to the case management deadlines pertaining to amendment of pleadings and designation of experts.

On April 27, 2021, this Honorable Court adopted the parties' initial Stipulated Discover Plan and Scheduling Order, which provided for a discovery deadline of October 12, 2021 [#21]. On August 13, 2021, this Honorable Court approved the parties' Stipulation extending the discovery deadline through January 12, 2022. On November 10, 2021, this Honorable Court approved the parties' Stipulation extending the discovery deadline through March 14, 2022 [#35].

///

///

DMWEST #41713252 v1

The parties are discussing settlement and there is a possibility this action can be concluded without further delay. Plaintiff has served initial disclosures and written discovery requests. Defendant has served initial disclosures and intends to serve its responses to Plaintiff's discovery requests upon execution of a mutually agreed-upon protective order.

Accordingly, the parties request adoption of the following deadlines:

1. Last date to complete discovery: April 28, 2022
2. Last date to file dispositive motions: May 27, 2022
3. Last date to file Joint Pretrial Order: June 27, 2022 or thirty (30) days after receipt of decision deciding a dispositive motion.

This is the third request for an extension and is made in good faith and not for purposes of delay.

Dated this 11th of February, 2022.

| BALLARD SPAHR LLP | MITCHELL D. GLINER, ESQ. |
|---|---|
| By: /s/ Joel E. Tasca<br>Joel E. Tasca, Esq.<br>Nevada Bar No. 14124<br>1980 Festival Plaza Drive, Suite 900<br>Las Vegas, Nevada 89135 | By: /s/ Mitchell D. Gliner<br>Mitchell D. Gliner, Esq.<br>Nevada Bar No. 3419<br>3017 W. Charleston Boulevard, #95<br>Las Vegas, Nevada 89102 |
| *Attorney for Defendant Discover Bank* | *Attorney for Plaintiff Donna M. Flowers* |

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 2-11-2022

2

DMWEST #41713252 v1