1  Joel E. Tasca, Esq.
   Nevada Bar No. 14124
2  David E. Chavez, Esq.
   Nevada Bar No. 15192
3  BALLARD SPAHR LLP
   1980 Festival Plaza Drive, Suite 900
4  Las Vegas, Nevada 89135
   Telephone: (702) 471-7000
5  Facsimile: (702) 471-7070
   tasca@ballardspahr.com
6  chavezd@ballardspahr.com

7  *Attorney for Defendant*
   *Discover Bank*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| DONNA M. FLOWERS<br><br>Plaintiff,<br><br>v.<br><br>DISCOVER BANK<br><br>Defendant. | CASE NO. 2:20-cv-02152-CDS-VCF<br><br>**Joint Status Report re ECF No. 46** |

The parties filed a notice of settlement on October 26, 2022. (ECF No. 45.) As a result, the Court ordered that by December 9, 2022, the parties must file dismissal documents or a joint status report informing the court of the status of settlement. (ECF No. 46.)

The parties write to inform the Court that they have finalized the terms of their settlement agreement. However, the parties require additional time to obtain the necessary signatures to fully execute the agreement. Therefore, the parties respectfully request that the Court set a December 30, 2022 deadline to either file dismissal documents or an additional joint status report.

[continued on following page]

DMWEST #41713252 v1

Dated this 9th day of December 2022.

| BALLARD SPAHR LLP | MITCHELL D. GLINER, ESQ. |
|---|---|
| By: /s/ David E. Chavez | By: /s/ Mitchell D. Gliner |
| Joel E. Tasca, Esq.<br>Nevada Bar No. 14124<br>David E. Chavez, Esq.<br>Nevada Bar No. 15192<br>1980 Festival Plaza Drive, Suite 900<br>Las Vegas, Nevada 89135 | Mitchell D. Gliner, Esq.<br>Nevada Bar No. 3419<br>3017 W. Charleston Boulevard, #95<br>Las Vegas, Nevada 89102<br><br>*Attorney for Plaintiff Donna M. Flowers* |
| *Attorneys for Defendant*<br>*Discover Bank* | |

## ORDER

IT IS SO ORDERED:

_____
United States Magistrate Judge

DATED: 12-9-2022

2

DMWEST #41713252 v1