Joel E. Tasca, Esq.
Nevada Bar No. 14124
David E. Chavez, Esq.
Nevada Bar No. 15192
BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
Telephone: (702) 471-7000
Facsimile: (702) 471-7070
tasca@ballardspahr.com
chavezd@ballardspahr.com

*Attorney for Defendant
Discover Bank*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| DONNA M. FLOWERS,<br><br>        Plaintiff<br><br>v.<br><br>DISCOVER BANK,<br><br>        Defendant | CASE NO. 2:20-cv-02152-CDS-VCF<br><br>**Stipulation and Order to Dismiss the Parties' Claims With Prejudice** |

On October 26, 2022, defendant/counter claimant Discover Bank and plaintiff/counter defendant Donna M. Flowers informed the Court that they had reached a settlement in principle to resolve each other's claims. (ECF No. 45.) The operative deadline to file dismissal documents or an additional joint status report is December 30. (ECF Nos. 46-48.) Now, pursuant to Federal Rule of Civil Procedure 41(a) and Local Rule 7-1, the parties stipulate and agree to dismiss one another from this action.

[continued on following page]

DMWEST #41713252 v1

Each party shall bear its or her own attorneys' fees and costs.

Dated this 28th day of December 2022.

| | |
|---|---|
| **BALLARD SPAHR LLP** | **MITCHELL D. GLINER, ESQ.** |
| By: /s/ Joel E. Tasca | By: /s/ Mitchell D. Gliner |
| Joel E. Tasca, Esq.<br>Nevada Bar No. 14124<br>David E. Chavez, Esq.<br>Nevada Bar No. 15192<br>1980 Festival Plaza Drive, Suite 900<br>Las Vegas, Nevada 89135 | Mitchell D. Gliner, Esq.<br>Nevada Bar No. 3419<br>3017 W. Charleston Boulevard, #95<br>Las Vegas, Nevada 89102 |
| *Attorneys for Defendant Discover Bank* | *Attorney for Plaintiff Donna M. Flowers* |

**Order**

It is so ordered.

_____
United States District Judge

DATED:  December 29, 2022

2

DMWEST #41713252 v1